# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BENJAMIN J. BIRDSALL, JR.** | * | **CIVIL ACTION NO. 09-3545** |
| *Plaintiffs,* | * | **SECTION "K" (4)** |
| vs. | * | |
| | * | **JUDGE DUVAL** |
| **AMERICAN CASUALTY COMPANY** | * | |
| **OF READING, PA (CNA)** | * | **MAGISTRATE ROBY** |
| *Defendants.* | * | |

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the instant matter be stayed and administratively closed until such time as a request is made to this Court to re-open same, such request not to be made prior to one hundred twenty (120) days henceforth.

New Orleans, Louisiana, this  21st  day of June, 2010.

_____
Stanwood R. Duval, Jr.
United States District Judge